UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00854-WDM-MJW

LLEWELLYN MILLER

    Plaintiff,

v.

THE HOME RANCH COMPANY,

    Defendant.

---

**ORDER RE DEFENDANT'S UNOPPOSED MOTION TO FILE SECOND AMENDED ANSWER AND JURY DEMAND** ( Docket No. 21 )

---

**THIS MATTER** comes before this Court on Defendant's Unopposed Motion to File Second Amended Answer and Jury Demand ("Motion").

The Court, having reviewed the Motion, and being fully advised in the premises,

**HEREBY GRANTS** the Motion and the Second Amended Answer and Jury Demand is deemed filed as of the date hereof.

SO ORDERED this 22nd day of July, 2010.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

{00385272.1}